IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERYL MARSH                                                                                          PLAINTIFF

      v.                                            CIVIL NO. 12-2033

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                               DEFENDANT

**O R D E R**

On February 13, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. Subsequently, an order was issued directing Plaintiff to complete an *in forma pauperis* application. ECF No. 4. Pursuant to the order, Plaintiff submitted an *in forma pauperis* application on February 16, 2012. ECF No. 5. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 16th day of February 2012.

                                    */s/ J. Marschewski*
                                 HONORABLE JAMES R. MARSCHEWSKI
                                 CHIEF UNITED STATES MAGISTRATE JUDGE