**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

SHERYL MARSH                                                                 PLAINTIFF

v.                                    Civil No. 2:12-cv-02033

COMMISSIONER, SOCIAL                                            DEFENDANT
SECURITY ADMINISTRATION

<u>**ORDER**</u>

  **BEFORE** the Court is Plaintiff's Motion for Award of Attorney Fees.  ECF No. 15.  Defendant filed a Response to Plaintiff's Motion for Award of Attorney Fees and objected to Plaintiff's failure to include an itemized statement showing the actual time expended for each event.  ECF No. 19.

  A party seeking an award of fees shall submit to the court an application for fees that includes an itemized statement from the attorney showing the actual time expended and the rate at which the fees were computed.  *See* 28 U.S.C. § 2412(d)(1)(B).  Although Plaintiff's motion states he seeks 36 hours calculated at the rate of $125.00 per hour for a total amount of $4,497.75, the statement submitted does not state the actual time spent on each item, but only lists a dollar amount for each transaction.  As a result, the motion lacks adequate information for the Court to determine whether the fees are in fact reasonable.

  **IT IS HEREBY ORDERED**  Plaintiff file an amended Motion for Award of Attorney Fees containing an itemized statement showing the actual time expended for each event on or before January 30th, 2013.  Defendant shall have fourteen (14) days in which to file a reply response to Plaintiff's Amended Motion for Award of Attorney Fees.

  **IT IS SO ORDERED** this **16th day of January 2013.**

       /s/   Barry A. Bryant
       HON. BARRY A. BRYANT
       U.S. MAGISTRATE JUDGE